**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sergio MURCIA, Defendant–Appellant.**

**No. 02–41621.**

United States Court of Appeals,
Fifth Circuit.

Aug. 19, 2003.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Sergio Murcia appeals his sentence following a guilty plea to possession of cocaine with intent to distribute. Murcia argues that the district court erroneously increased his offense level pursuant to U.S.S.G. § 3B1.4. based on its determination that Murcia gave drug funds to his minor daughter in an effort to avoid detection of the offense. We find no clear error in the district court's determination. *United States v. Powers,* 168 F.3d 741, 752–53 (5th Cir.1999); *United States v. Edwards,* 65 F.3d 430, 432 (5th Cir.1995).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.